IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel. <br> CEDRIC CAL (B-54397), <br><br> Petitioner, <br><br> vs. <br><br><br> WARDEN Stephanie Dorethy, <br><br> Respondent. | ) <br> ) <br> ) <br> ) Case No. 14 CV 3834 <br> ) <br> ) <br> ) Case No. of State Court Conviction <br> ) 92 CR 10385 <br> ) <br> ) Judge Robert M. Dow, Jr. <br> ) <br> ) |

## AGREED MOTION TO CORRECT DOCKET

NOW COMES Petitioner, CEDRIC CAL, by and through his counsel, SHOBHA L. MAHADEV and ALISON R. FLAUM, and SCOTT F. MAIN, CHILDREN AND FAMILY JUSTICE CENTER and hereby requests that this Court correct the docket to reflect the name of the Warden of Jacksonville Correctional Center, where Mr. Cal is now housed, as the Respondent in this matter. In support of this Motion, Mr. Cal states the following:

1. Mr. Cal is before the court on a Petition for a Writ of Habeas Corpus, filed on May 23, 2014, which was subsequently amended on May 24, 2018. At the time of the filing of the original Petition, Mr. Cal was housed at Stateville Correctional Center, where the warden was Tarry Williams.

2. In his Amended Petition, Mr. Cal noted that he was currently housed at Hill Correctional Center, where the warden is Stephanie Dorethy.

3. On September 19, 2018, this Court granted the Parties' Agreed Motion to Correct Docket to reflect the name of the warden of Hill Correctional Center, Stephanie Dorethy.

4. Since the granting of that Motion, Mr. Cal has been moved to Jacksonville Correctional Center, where Randy Plunk is the Acting Warden.

5. Therefore, Mr. Cal requests that the docket in this matter be corrected to reflect that Warden Randy Plunk, and not Stephanie Dorethy, is the Respondent in this matter.

6. Counsel for Petitioner has conferred with Assistant Attorney General Erin O'Connell, who is in agreement with this Motion.

WHEREFORE, for all the foregoing reasons, Petitioner Cedric Cal requests that this Agreed Motion to Correct Docket be granted.

Respectfully Submitted,

*Attorney for Cedric Cal*

Dated:

October 8, 2019

Shobha L. Mahadev, ARDC No. 6270204
Alison R. Flaum, ARDC No. 6242891
Scott F. Main, ARDC No. 6275419
Children and Family Justice Center
Northwestern University Pritzker School of Law
375 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-8576

<p></p>


## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, I electronically filed petitioner's **AGREED MOTION TO CORRECT DOCKET** with the Clerk of the Unites States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will automatically serve notice on the following CM/ECF-user: Erin M. O'Connell, counsel for respondent. A copy was served by first-class U.S. mail to the party listed below.

Erin M. O'Connell Assistant Attorney General
Office of the Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218

Signature: _____      Date: October 8, 2019

Name (Print): _Shobha Mahadev_____      Phone: 312-503-8576

Address: 375 E. Chicago Avenue, Chicago, IL 60611